1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER A COBB,                         No. C -12-3708 EDL

          Plaintiff,                         **ORDER OF REFERRAL**

  v.

OFFICE OF ASSESSOR COUNTY OF
ALAMEDA,

          Defendant.
_____/

     Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Jacqueline Scott

Corley for the purpose of considering whether it is related to the following case: <u>Cobb v. Office of</u>

<u>Assessor</u>, C-12-2569 JSC.

     IT IS SO ORDERED.

Dated: July 23, 2012

                          _____
                          ELIZABETH D. LAPORTE
                          United States Magistrate Judge