IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A COBB, | No. C -12-3708 EDL |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| OFFICE OF ASSESSOR COUNTY OF ALAMEDA, | |
| Defendant. / | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Jacqueline Scott Corley for the purpose of considering whether it is related to the following case: <u>Cobb v. Office of Assessor</u>, C-12-2569 JSC.

IT IS SO ORDERED.

Dated: July 23, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge